# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ANTHONY L. ADRAGNA, | ) | 1:09-cv-00782 YNP DLB (HC) |
| Petitioner, | ) | |
| | ) | ORDER DIRECTING PETITIONER TO FILE |
| v. | ) | AMENDED PETITION ON THE PROVIDED |
| | ) | §2254 FORM PETITION |
| GONZALES, Warden | ) | |
| | ) | ORDER DIRECTING CLERK TO SEND |
| Respondent. | ) | PETITIONER A BLANK § 2254 FORM |
| | ) | PETITION |

Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

On April 29, 2009 Petitioner filed a Notice of Appeal, Motion for Leave to File a Late Petition for Writ of Habeas Corpus. (Doc. #1). In this motion Petitioner asked the court to allow him to file a petition for habeas corpus even though the statutory period in which to do so has allegedly expired. The Court found that the motion was deficient to qualify as a petition for writ of habeas corpus because it does not state the grounds for which Petitioner was seeking habeas relief nor any underlying facts that might support a claim. On May 3, 2009, the Court ordered Petitioner to file an amended petition and ordered the clerk of the court to send Petitioner a blank § 2254 form petition. (Doc. #3)

On May 19, 2009, the Court received Petitioner's amended petition for writ of habeas corpus. (Doc. #5). The petition faces many of the same problems of the first petition. While Petitioner does set forth four different claims, none of those claims state a specific constitutional right that was violated or describe the factual circumstances that led to that violation. For example, in ground (a),

1 | Petitioner asserts that he entered a guilty plea and that his constitutional rights were violated by the
2 | state court but he never specifies what constitutional right was violated and how the state court went
3 | about violating that right.  Furthermore, Petitioner provides absolutely no background information
4 | about his case.  He does not state when, where, and for what he was convicted, nor does he apprise
5 | the Court of his appeal history or the existence of any previous habeas petitions. In summary,
6 | Petitioner has not provided this Court with enough information to proceed with his case.

7 |     Petitioner is hereby ORDERED to file an amended petition for writ of habeas corpus, on the
8 | provided §2254 form petition. Furthermore, Petitioner is ORDERED to answer each and every
9 | question on the form petition to the best of his ability and to plead with specificity each and every
10 | constitutional violation that Petitioner believes occurred and the facts surrounding each violation.

11 |     The clerk of the court is hereby ORDERED to send Petition a blank §2254 form petition for
12 | writ of habeas corpus.

14 |     IT IS SO ORDERED.
15 |     **Dated:**   **June 29, 2009**                    /s/ **Dennis L. Beck**
                                                                UNITED STATES MAGISTRATE JUDGE